[No. 5779–8–III.   Division Three.   October 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JESUS
LOPEZ HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00017–4, Harold D. Clarke, J., entered April 14, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Thompson, J., and Faris, J. Pro Tem.

[No. 5820–4–III.   Division Three.   October 11, 1984.]

GREGORY B. HENGEN, *Appellant,* v. LARRY E.
HENGEN, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82–2–01250–0, Richard J. Ennis, J. Pro Tem., entered April 18, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff, J., and Hettinger, J. Pro Tem.

[No. 5528–1–III.   Division Three.   October 11, 1984.]

EMPIRE COLLECTION COMPANY, INC., *Respondent,* v.
CHRISTOPHER R. COLE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01030–4, Richard J. Ennis, J. Pro Tem., entered September 29, 1982. *Remanded with instructions* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and McInturff, J.